# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

FILED
2006 JUL 21 PM 1:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _AF_
           DEPUTY

| | |
|---|---|
| JOAQUIN BROWN, | § |
| Plaintiff, | § |
| v. | §  Case No.: A-05-CA-1061-SS |
| DELL COMPUTER CORPORATION, | § |
| Defendant. | § |

## AGREED MOTION TO DISMISS
## ALL CLAIMS WITH PREJUDICE

**TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:**

NOW COME Joaquin Brown (*Pro Se* Plaintiff) and Dell Inc. (Defendant) and file this, their agreed motion to dismiss all claims with prejudice, and would show unto the Court the following:

*Pro Se* Plaintiff and Defendant have resolved all matters and issues before this Court in the above-styled and numbered cause.

WHEREFORE, the *Pro Se* Plaintiff and Defendant respectfully request that the Court enter the attached Order of Dismissal in this case.

Respectfully submitted,

*/s/ Joaquin Brown*
Joaquin Brown
1100 Statler Bend Drive
Pflugerville, Texas 78660

**PLAINTIFF, *PRO SE***

COLE & POWELL, P.C.

_/s/ Kevin W. Cole_

Kevin W. Cole
State Bar No. 04544500
Jennifer A. Powell
State Bar No. 00783554
400 West 15th St., Suite 304
Austin, Texas 78701
Telephone: 512.482.0003
Facsimile: 512.482.0013

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I, Kevin W. Cole, certify that a true and correct copy of the foregoing document has been forwarded via first class U.S. mail, to the *Pro Se* Plaintiff on this 21st day of July, 2006, as follows:

Joaquin Brown
1100 Statler Bend Drive
Pflugerville, Texas 78660

_/s/ Kevin W. Cole_

Kevin W. Cole

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOAQUIN BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Case No.: A-05-CA-1061-SS |
| § | |
| DELL COMPUTER CORPORATION, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

On this day the Court considered the Agreed Motion to Dismiss All Claims With Prejudice filed by Joaquin Brown (Plaintiff, *Pro Se*) and Dell Inc. (Defendant). After reviewing same, the Court is of the opinion that the Agreed Motion to Dismiss All Claims With Prejudice should be GRANTED.

IT IS, THEREFORE, ORDERED that all claims asserted by Joaquin Brown against Defendant Dell Inc. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party herein will bear its own costs.

SIGNED this _____ day of July, 2006.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

AGREED:

*(signature)*
Joaquin Brown
1100 Statler Bend Drive
Pflugerville, Texas 78660

**PLAINTIFF, *PRO SE***


**COLE & POWELL, P.C.**

By: *(signature)*
Kevin W. Cole
State Bar No. 04544500
Jennifer A. Powell
State Bar No. 00783554
400 West 15th St., Suite 304
Austin, Texas 78701
Telephone: 512.482.0003
Facsimile: 512.482.0013

**ATTORNEYS FOR DEFENDANT**

4